IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER MCFADDEN MISSIMER, et al** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GLOBAL CREDIT & COLLECTION** | : | |
| **CORPORATION** | : | **NO. 11-2905** |

## ORDER

**AND NOW**, this 22nd day of December, 2011, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.